2013-2014 Special Per Diem Rates


Notice 2013-65

SECTION 1.  PURPOSE

This annual notice provides the 2013-2014 special per diem rates for taxpayers

to use in substantiating the amount of ordinary and necessary business expenses

incurred while traveling away from home, specifically (1) the special transportation

industry meal and incidental expenses (M&IE) rates, (2) the rate for the incidental

expenses only deduction, and (3) the rates and list of high-cost localities for purposes of

the high-low substantiation method.

SECTION 2.  BACKGROUND

Rev. Proc. 2011-47, 2011-42 I.R.B. 520, provides rules for using a per diem rate

to substantiate, under § 274(d) of the Internal Revenue Code and § 1.274-5 of the

Income Tax Regulations, the amount of ordinary and necessary business expenses

paid or incurred while traveling away from home.  Taxpayers using the rates and list of

high-cost localities provided in this notice must comply with Rev. Proc. 2011-47.  Notice

2012-63, 2012-42 I.R.B. 496, provides the rates and list of high-cost localities for the

period October 1, 2012, to September 30, 2013.

Section 3.02(3) of Rev. Proc. 2011-47 provides that the term "incidental

expenses" has the same meaning as in the Federal Travel Regulations, 41 C.F.R. 300-

3.1, and that future changes to the definition of incidental expenses in the Federal

Travel Regulations would be announced in the annual per diem notice.  On October 22,

EXHIBIT E

2

2012, the General Services Administration published final regulations revising the definition of incidental expenses under the Federal Travel Regulations to include only fees and tips given to porters, baggage carriers, hotel staff, and staff on ships. Transportation between places of lodging or business and places where meals are taken, and the mailing cost of filing travel vouchers and paying employer-sponsored charge card billings, are no longer included in incidental expenses. Accordingly, taxpayers using per diem rates may separately deduct or be reimbursed for transportation and mailing expenses.

SECTION 3. SPECIAL M&IE RATES FOR TRANSPORTATION INDUSTRY

The special M&IE rates for taxpayers in the transportation industry are $59 for any locality of travel in the continental United States (CONUS) and $65 for any locality of travel outside the continental United States (OCONUS). See section 4.04 of Rev. Proc. 2011-47.

SECTION 4. RATE FOR INCIDENTAL EXPENSES ONLY DEDUCTION

The rate for any CONUS or OCONUS locality of travel for the incidental expenses only deduction is $5 per day. See section 4.05 of Rev. Proc. 2011-47.

SECTION 5. HIGH-LOW SUBSTANTIATION METHOD

1. Annual high-low rates. For purposes of the high-low substantiation method, the per diem rates in lieu of the rates described in Notice 2012-63 (the per diem substantiation method) are $251 for travel to any high-cost locality and $170 for travel to any other locality within CONUS. The amount of the $251 high rate and $170 low rate that is treated as paid for meals for purposes of § 274(n) is $65 for travel to any high-cost locality and $52 for travel to any other locality within CONUS. See section 5.02 of

3

Rev. Proc. 2011-47.  The per diem rates in lieu of the rates described in Notice 2012-63 (the meal and incidental expenses only substantiation method) are $65 for travel to any high-cost locality and $52 for travel to any other locality within CONUS.

2. High-cost localities.  The following localities have a federal per diem rate of $210 or more, and are high-cost localities for all of the calendar year or the portion of the calendar year specified in parentheses under the key city name.

| Key city | County or other defined location |
|---|---|
| Arizona | |
| Sedona | City limits of Sedona |
| (March 1-April 30) | |
| | |
| California | |
| Monterey | Monterey |
| (July 1-August 31) | |
| Napa | Napa |
| (October 1-November 30 and April 1-September 30) | |
| San Diego | San Diego |
| San Francisco | San Francisco |
| Santa Barbara | Santa Barbara |
| Santa Cruz | Santa Cruz |
| (June 1-August 31) | |
| Santa Monica | City limits of Santa Monica |
| Yosemite National Park | Mariposa |
| (June 1-August 31) | |
| | |
| Colorado | |
| Aspen | Pitkin |
| (December 1-March 31 and June 1-August 31) | |
| Denver/Aurora | Denver, Adams, Arapahoe, and Jefferson |
| Steamboat Springs | Routt |
| (December 1-March 31) | |
| Telluride | San Miguel |
| (December 1-March 31 and June 1-September 30) | |
| Vail | Eagle |
| (December 1-August 31) | |
| | |
| District of Columbia | |

Washington D.C. (also the cities of Alexandria, Falls Church, and Fairfax, and the counties of Arlington and Fairfax, in Virginia; and the counties of Montgomery and Prince George's in Maryland) (See also Maryland and Virginia)

Florida
  Boca Raton/Delray Beach/Jupiter                    Palm Beach/Hendry
    (January 1-April 30)
  Fort Lauderdale                                    Broward
    (January 1-May 31)
  Fort Walton Beach/De Funiak Springs                Okaloosa and Walton
    (June 1-July 31)
  Key West                                           Monroe
  Miami                                              Miami-Dade
    (January 1-March 31)
  Naples                                             Collier
    (January 1-April 30)

Illinois
  Chicago                                            Cook and Lake
    (October 1-November 30 and March 1-September 30)

Louisiana
  New Orleans                                        Orleans, St. Bernard, Jefferson
                                                     and Plaquemine Parishes

    (October 1-June 30)

Maine
  Bar Harbor                                         Hancock
    (July 1-August 31)

Maryland
  Baltimore City                                     Baltimore City
    (October 1-November 30 and March 1-September 30)
  Cambridge/St. Michaels                             Dorchester and Talbot
    (June 1-August 31)
  Ocean City                                         Worcester
    (June 1-August 31)
  Washington, DC Metro Area                          Montgomery and Prince George's

Massachusetts
  Boston/Cambridge                                   Suffolk, City of Cambridge
  Falmouth                                           City limits of Falmouth
    (July 1-August 31)
  Martha's Vineyard                                  Dukes
    (July 1-August 31)
  Nantucket                                          Nantucket

5

(June 1-September 30)

New Hampshire
  Conway                                      Carroll
    (July 1-August 31)

New York
  Floral Park/Garden City/Great Neck        Nassau
  Glens Falls                      Warren
    (July 1-August 31)
  Lake Placid                      Essex
    (July 1-August 31)
  Manhattan (includes the boroughs of      Bronx, Kings, New York, Queens,
  Manhattan, Brooklyn, the Bronx, Queens   Richmond
  and Staten Island)
  Saratoga Springs/Schenectady         Saratoga and Schenectady
    (July 1-August 31)
  Tarrytown/White Plains/New Rochelle    Westchester

North Carolina
  Kill Devil                      Dare
    (June 1-August 31)

Pennsylvania
  Philadelphia                    Philadelphia

Rhode Island
  Jamestown/Middletown/Newport        Newport
    (October 1-October 31 and May 1-September 30)

South Carolina
  Charleston                    Charleston, Berkeley and
    (March 1-May 31)             Dorchester

Texas
  Midland                      Midland

Utah
  Park City                   Summit
    (December 1-March 31)

Virginia
  Washington, DC Metro Area         Cities of Alexandria, Fairfax, and
                            Falls Church; counties of
                            Arlington and Fairfax

6

Virginia Beach                                          City of Virginia Beach
   (June 1-August 31)

Washington
   Seattle                                              King

Wyoming                                                 Teton and Sublette
   Jackson/Pinedale
   (July 1-August 31)

3. <u>Changes in high-cost localities</u>.  The list of high-cost localities in this notice differs
from the list of high-cost localities in section 5 of Notice 2012-63.

 a.  The following localities have been added to the list of high-cost localities:  Santa
Cruz, California; Boca Raton/Delray Beach/Jupiter, Florida; Charleston, South
Carolina; and Midland, Texas.

 b.  The following localities have changed the portion of the year in which they are
high-cost localities:  Monterey, California; Telluride, Colorado; Miami, Florida;
Chicago, Illinois; and Park City, Utah.

 c.  No localities have been removed from the list of high-cost localities.

SECTION 6.  EFFECTIVE DATE

 This notice is effective for <u>per diem</u> allowances for lodging, meal and incidental
expenses, or for meal and incidental expenses only, that are paid to any employee on
or after October 1, 2013, for travel away from home on or after October 1, 2013.  For
purposes of computing the amount allowable as a deduction for travel away from home,
this notice is effective for meal and incidental expenses or for incidental expenses only
paid or incurred on or after October 1, 2013.  See sections 4.06 and 5.04 of Rev. Proc.
2011-47 for transition rules for the last 3 months of calendar year 2013.

SECTION 7.  EFFECT ON OTHER DOCUMENTS

7

Notice 2012-63 is superseded.

DRAFTING INFORMATION

The principal author of this notice is Neville R. Jiang of the Office of Associate Chief Counsel (Income Tax & Accounting).  For further information regarding this notice contact Mr. Jiang at (202) 622-4970 (not a toll-free call).

2015-2016 Special Per Diem Rates

Notice 2015-63

SECTION 1.  PURPOSE

      This annual notice provides the 2015-2016 special per diem rates for taxpayers

to use in substantiating the amount of ordinary and necessary business expenses

incurred while traveling away from home, specifically (1) the special transportation

industry meal and incidental expenses (M&IE) rates, (2) the rate for the incidental

expenses only deduction, and (3) the rates and list of high-cost localities for purposes of

the high-low substantiation method.

SECTION 2.  BACKGROUND

      Rev. Proc. 2011-47, 2011-42 I.R.B. 520, provides rules for using a per diem rate

to substantiate, under § 274(d) of the Internal Revenue Code and § 1.274-5 of the

Income Tax Regulations, the amount of ordinary and necessary business expenses

paid or incurred while traveling away from home.  Taxpayers using the rates and list of

high-cost localities provided in this notice must comply with Rev. Proc. 2011-47.  Notice

2014-57, 2014-42 I.R.B. 723, provides the rates and list of high-cost localities for the

period October 1, 2014, to September 30, 2015.

      Section 3.02(3) of Rev. Proc. 2011-47 provides that the term "incidental

expenses" has the same meaning as in the Federal Travel Regulations, 41 C.F.R. 300-

3.1, and that future changes to the definition of incidental expenses in the Federal

Travel Regulations would be announced in the annual per diem notice.  Subsequent to

the publication of Rev. Proc. 2011-47, the General Services Administration published final regulations revising the definition of incidental expenses under the Federal Travel Regulations to include only fees and tips given to porters, baggage carriers, hotel staff, and staff on ships. Transportation between places of lodging or business and places where meals are taken, and the mailing cost of filing travel vouchers and paying employer-sponsored charge card billings, are no longer included in incidental expenses. Accordingly, taxpayers using the per diem rates may separately deduct or be reimbursed for transportation and mailing expenses.

SECTION 3. SPECIAL M&IE RATES FOR TRANSPORTATION INDUSTRY

The special M&IE rates for taxpayers in the transportation industry are $63 for any locality of travel in the continental United States (CONUS) and $68 for any locality of travel outside the continental United States (OCONUS). See section 4.04 of Rev. Proc. 2011-47.

SECTION 4. RATE FOR INCIDENTAL EXPENSES ONLY DEDUCTION

The rate for any CONUS or OCONUS locality of travel for the incidental expenses only deduction is $5 per day. See section 4.05 of Rev. Proc. 2011-47.

SECTION 5. HIGH-LOW SUBSTANTIATION METHOD

1. Annual high-low rates. For purposes of the high-low substantiation method, the per diem rates in lieu of the rates described in Notice 2014-57 (the per diem substantiation method) are $275 for travel to any high-cost locality and $185 for travel to any other locality within CONUS. The amount of the $275 high rate and $185 low rate that is treated as paid for meals for purposes of § 274(n) is $68 for travel to any high-cost locality and $57 for travel to any other locality within CONUS. See section 5.02 of

Rev. Proc. 2011-47. The per diem rates in lieu of the rates described in Notice 2014-57 (the meal and incidental expenses only substantiation method) are $68 for travel to any high-cost locality and $57 for travel to any other locality within CONUS.

    2. High-cost localities. The following localities have a federal per diem rate of $230 or more, and are high-cost localities for all of the calendar year or the portion of the calendar year specified in parentheses under the key city name.

| Key city | County or other defined location |
|---|---|
| **California** | |
| Mammoth Lakes | Mono |
| (December 1-February 29) | |
| Monterey | Monterey |
| (July 1-August 31) | |
| Napa | Napa |
| (October 1-October 31 and May 1-September 30) | |
| San Francisco | San Francisco |
| San Mateo/Foster City/Belmont | San Mateo |
| Santa Barbara | Santa Barbara |
| Santa Monica | City limits of Santa Monica |
| Sunnyvale/Palo Alto/San Jose | Santa Clara |
| **Colorado** | |
| Aspen | Pitkin |
| (December 1-March 31 and June 1-August 31) | |
| Denver/Aurora | Denver, Adams, Arapahoe, and Jefferson |
| Grand Lake | Grand |
| (December 1-March 31) | |
| Silverthorne/Breckenridge | Summit |
| (December 1-March 31) | |
| Steamboat Springs | Routt |
| (December 1-March 31) | |
| Telluride | San Miguel |
| (December 1-March 31 and June 1-August 31) | |
| Vail | Eagle |
| (December 1-March 31 and July 1-August 31) | |
| **District of Columbia** | |
| Washington D.C. (also the cities of Alexandria, Falls Church, and Fairfax, and the | |

counties of Arlington and Fairfax, in Virginia; and the counties of Montgomery and
Prince George's in Maryland) (See also Maryland and Virginia)

Florida
  Boca Raton/Delray Beach/Jupiter                Palm Beach and Hendry
    (January 1-April 30)
  Fort Lauderdale                              Broward
    (January 1-March 31)
  Fort Walton Beach/De Funiak Springs     Okaloosa and Walton
    (June 1-July 31)
  Key West                                 Monroe
  Miami                                   Miami-Dade
    (December 1-March 31)
  Naples                                  Collier
    (January 1-April 30)

Illinois
  Chicago                               Cook and Lake
    (October 1-November 30 and March 1-September 30)

Maine
  Bar Harbor                           Hancock
    (July 1-August 31)

Maryland
  Ocean City                          Worcester
    (June 1-August 31)
  Washington, DC Metro Area         Montgomery and Prince George's

Massachusetts
  Boston/Cambridge                 Suffolk, City of Cambridge
  Falmouth                            City limits of Falmouth
    (July 1-August 31)
  Martha's Vineyard                Dukes
    (June 1-September 30)
  Nantucket                          Nantucket
    (October 1-December 31 and June 1-September 30)

Michigan
  Traverse City/Leland             Grand Traverse/Leelanau
    (July 1-August 31)

New York
  Lake Placid                        Essex
    (July 1-August 31)
  New York City                   Bronx, Kings, New York, Queens,

|  |  |
|---|---|
| Saratoga Springs/Schenectady<br>    (July 1-August 31) | and Richmond<br>Saratoga and Schenectady |
| Pennsylvania<br>  Hershey<br>    (June 1-August 31)<br>  Philadelphia<br>    (October 1-November 30, March 1-June 30,<br>    and September 1-September 30) | Hershey<br><br>Philadelphia |
| Rhode Island<br>  Jamestown/Middletown/Newport<br>    (June 1-August 31) | Newport |
| South Carolina<br>  Charleston<br>    (October 1-November 30 and March 1-September 30) | Charleston, Berkeley and<br>    Dorchester |
| Texas<br>  Midland | Midland |
| Utah<br>  Park City<br>    (December 1-March 31) | Summit |
| Virginia<br>  Virginia Beach<br>    (June 1-August 31)<br>  Wallops Island<br>    (July 1-August 31)<br>  Washington, DC Metro Area | City of Virginia Beach<br><br>Accomack<br><br>Cities of Alexandria, Fairfax, and<br>Falls Church; counties of<br>Arlington and Fairfax |
| Washington<br>  Seattle | King |
| Wyoming<br>  Jackson/Pinedale<br>    (June 1-September 30) | Teton and Sublette |

3. <u>Changes in high-cost localities.</u>  The list of high-cost localities in this notice differs

from the list of high-cost localities in section 5 of Notice 2014-57.

a. The following localities have been added to the list of high-cost localities: Mammoth Lakes, California; Grand Lake, Colorado; Silverthorne/Breckenridge, Colorado; Traverse City/Leland, Michigan; Hershey, Pennsylvania; Wallops Island, Virginia.

b. The following localities have changed the portion of the year in which they are high-cost localities: Napa, California; Telluride, Colorado; Miami, Florida; Martha's Vineyard, Massachusetts; Nantucket, Massachusetts; Jamestown/Middletown/Newport, Rhode Island; Charleston, South Carolina; Jackson/Pinedale, Wyoming.

c. The following localities have been removed from the list of high-cost localities: Sedona, Arizona; Santa Cruz, California; New Orleans, Louisiana; Baltimore City, Maryland; Cambridge/St. Michaels, Maryland; Glendive/Sidney, Montana; Conway, New Hampshire; Glens Falls, New York; Tarrytown/White Plains/New Rochelle, New York; Kill Devil, North Carolina; Williston, North Carolina.

SECTION 6.  EFFECTIVE DATE

This notice is effective for _per diem_ allowances for lodging, meal and incidental expenses, or for meal and incidental expenses only, that are paid to any employee on or after October 1, 2015, for travel away from home on or after October 1, 2015.  For purposes of computing the amount allowable as a deduction for travel away from home, this notice is effective for meal and incidental expenses or for incidental expenses only paid or incurred on or after October 1, 2015.  See sections 4.06 and 5.04 of Rev. Proc. 2011-47 for transition rules for the last 3 months of calendar year 2015.

SECTION 7.  EFFECT ON OTHER DOCUMENTS

Notice 2014-57 is superseded.

DRAFTING INFORMATION

The principal author of this notice is Kari Fisher of the Office of Associate Chief Counsel (Income Tax & Accounting).  For further information regarding this notice contact Kari Fisher at (202) 317-7007 (not a toll-free call).